Bret Knewtson, OSB 03355
Bret Knewtson, Esq
3000 NW Stucki PL STE 230-M
Hillsboro OR 97124
Telephone: (503) 846-1160
Facsimile: (503) 922-3181
bknewtson@yahoo.com

      Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| KIRK NYBERG, and TRISHA SPRAYBERRY, on behalf of themselves and others similarly situated, , <br><br>     Plaintiff, <br><br>   v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, <br>     Defendant. | Case No.: 3:16-cv-00733 -JR <br><br> **STIPULATED JUDGMENT OF DISMISSAL** |

IT IS STIPULATED by and between Plaintiffs and Defendant that this lawsuit be dismissed in its entirety with prejudice and without attorney's fees or costs to either party. Dismissal of the class claims is without prejudice.

DATED: March 19, 2026        By:**s**/ Bret Knewtson
                               Bret Knewtson, OSB No. 03355
                               Attorney for Plaintiff

DATED: March 19, 2026        By:s/ Jeffrey A. Topor
                               Jeffrey A. Topor (Admitted *Pro Hac Vice*)
                               Attorney for Defendant

///

///

Page 1 - **STIPULATED JUDGMENT OF DISMISSAL**

///

///

Based on the parties' stipulation, it is

ADJUDGED that this lawsuit is dismissed in its entirety with prejudice and without attorney's fees or costs to either party and without prejudice as to the class claims.

DATED: _____

_____
Jolie A. Russo
United States District Judge

Service by ecf.

Page 2 -  **STIPULATED JUDGMENT OF DISMISSAL**